# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0172. HAROLD GREEN v. THE STATE.**

In 2016, Harold Green was convicted of aggravated battery. Green's trial counsel filed a timely motion for new trial, which was subsequently amended by appellate counsel. After dismissing appellate counsel, Green filed an additional motion for new trial as well as an ancillary motion to set aside what he contends is a void sentence. On October 4, 2018, the trial court entered an order denying all motions. Green has filed a pro se application for discretionary appeal, seeking review of this order. Because the order denied a timely motion for new trial, it is directly appealable. See *Martin v. Williams*, 263 Ga. 707, 708 (1) (438 SE2d 353) (1994). We hereby GRANT Green's application for discretionary review under OCGA § 5-6-35 (j). Green shall have 10 days from the date of this order to file his notice of appeal. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to this Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/20/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.